UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
Southern Division (Chattanooga)

| | |
|---|---|
| CHRISTINA DeBUSK, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:25-cv-00374-CLC-MJD |
| | ) |
| v. | ) |
| | ) |
| UNITED AIRLINES, INC., | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND
DEFENDANT'S REPLY IN SUPPORT OF MOTION**

Plaintiff Christina DeBusk and Defendant United Airlines, Inc., by and through undersigned counsel, jointly move for a brief extension of time to file (1) Plaintiff's opposition to Defendant's motion to dismiss (or, in the alternative, transfer venue), and (2) Defendant's reply. The Parties request that the Court extend Plaintiff's deadline to file her opposition to **March 10, 2026** (14-day extension), and that the Court set Defendant's deadline to file its reply **to March 24, 2026** (7-day extension). In support, the Parties state as follows:

1. On February 3, 2026, Defendant filed its Motion to Dismiss, or in the Alternative, Transfer Venue. ECF No. 15. Per Local Rule 7.1(a), Plaintiff has twenty-one (21) days to respond, making the current deadline February 24, 2026.

2. Due to a convergence of hard deadlines for Plaintiff's counsel in other matters, including a 14,000-word response brief due in an appeal at the Second Circuit on February 25, 2026; a 7,000-word reply brief due to the California Court of Appeal on February 17, 2026; and preparation for oral argument on behalf of an appellant in an appeal pending at the Fourth Circuit; as well as because of extensive professional travel out of state that Plaintiff's counsel

is required to take in the week of February 16, 2026, Plaintiff requires additional time to prepare and file her opposition to Defendant's motion.

3. Defendant does not oppose the requested extension, and requests a 7-day extension on Defendant's reply deadline, such that Defendant will have 14 days to prepare and file its Reply.

4. This is a joint request made in good faith, and not for purposes of undue delay. This is the first extension request for these two deadlines. The requested extensions are modest and will prejudice no party. It will assist the orderly presentation of the issues for the Court's consideration.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion and enter an order extending (1) Plaintiff's deadline to file her opposition to Defendant's Motion (Doc. 15) to **March 10, 2026**, and (2) Defendant's deadline to file any reply to **March 24, 2026**.

| | |
|---|---|
| Dated: February 14, 2026 | Respectfully submitted, |
| /s/ Jacob S. Gibson | /s/ Horatio G. Mihet |
| Jacob S. Gibson, TN BPR No. 035145 | Horatio G. Mihet* |
| jsgibson@littler.com | (Fla. Bar No. 26581) |
| Aaron E. Pannell, TN BPR No. 036147 | Daniel J. Schmid* |
| apannell@littler.com | (Va. Bar No. 84415) |
| LITTLER MENDELSON, P.C. | LIBERTY COUNSEL |
| 3424 Peachtree Road N.E., Suite 1200 | P.O. Box 540774 |
| Atlanta, GA 30326 | Orlando, FL 32854 |
| (404) 233-0330 | (407) 875-1776 |
| Facsimile: 404.233.2361 | hmihet@lc.org |
| | dschmid@lc.org |
| | * Admitted *pro hac vice* |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I certify that on February 14, 2026, I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Respectfully submitted,

/s/ Horatio G. Mihet
Horatio G. Mihet

*Attorney for Plaintiff*