UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| CHRISTINA DeBUSK, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. 1:25-cv-374 |
| v. | ) | |
| | ) | Judge Collier |
| UNITED AIRLINES, INC., | ) | Magistrate Judge Dumitru |
| | ) | |
| *Defendant.* | ) | |

## JUDGMENT ORDER

Before the Court is a motion to dismiss or, in the alternative, to transfer venue by Defendant United Airlines, Inc. ("Defendant"). (Doc. 15.) Plaintiff Christina DeBusk ("Plaintiff") responded (Doc. 23) and Defendant replied (Doc. 24).

For the reasons stated in the accompanying memorandum, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction.

**SO ORDERED.**

**ENTER.**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
    s/ *LeAnna R. Wilson*
    CLERK OF COURT